ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**RONNIE LEE FAULCONER,**<br><br>*Defendant.* | JAN 16 2019<br><br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk<br><br>Case No.<br><br>**CR 19-001-RAW** |

### INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### FELON IN POSSESSION OF FIREARM AND AMMUNITION
### [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 924(e)]

On or about December 9, 2018, in the Eastern District of Oklahoma the defendant, **RONNIE LEE FAULCONER**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, to-wit:

- One (1) Sturm, Ruger, and Co., Inc., Model P90, .45ACP caliber semi-automatic pistol, serial number 662-17348, and

- Two (2) rounds of Remington brand .45ACP caliber ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 992(g)(1), 924(a)(2) and 924(e)

## FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1), 26 U.S.C § 5872 & 28 U.S.C. § 2461(c)]

Upon conviction of the offense alleged in Count One, the defendant, **RONNIE LEE FAULCONER,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm and / or ammunition involved in or used in the offense, including, but not limited to:

- Sturm, Ruger, and Co., Inc., Model P90, .45ACP caliber semi-automatic pistol, serial number 662-17348

- Two (2) rounds of Remington brand .45ACP caliber ammunition

TRUE BILL:

BRIAN J. KUESTER
United States Attorney

_____
SARAH MCAMIS, OBA # 15903
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY